UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **16-20007** CR-COOKE

/TORRES

18 U.S.C. § 1952(a)(3)(A)
18 U.S.C. § 1952(a)(3)(B)
8 U.S.C. § 1328
18 U.S.C. § 1956(a)(1)(A)(i)
18 U.S.C. § 1956(a)(2)(A)
18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 982(a)(1)

UNITED STATES OF AMERICA

vs.

MIGUEL ARCANGEL HERNANDEZ,
     a/k/a "Mike,"
     a/k/a "Mickey,"
     a/k/a "Manu,"
     a/k/a "Manuel Cifuentes," and
EDUARDO JOSE HERNANDEZ,
     a/k/a "Roberto,"
     a/k/a "Robert,"

     Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
Use of Facility in Interstate and Foreign Commerce to Promote
an Unlawful Activity and Thereafter Performing an Act
to Promote Said Unlawful Activity – as to C.M.O.
(18 U.S.C. § 1952(a)(3)(A))

From on or about November 1, 2011 and continuing through on or about December 6, 2011, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendant,

**MIGUEL ARCANGEL HERNANDEZ,**
a/k/a "Mike,"
a/k/a "Mickey,"
a/k/a "Manu,"
a/k/a "Manuel Cifuentes,"

did knowingly use any facility in interstate and foreign commerce, with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of an unlawful activity, that is, a business enterprise involved in prostitution offenses in violation of Florida Statute 796.07, and thereafter performed and attempted to perform an act that did promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of the unlawful activity, in violation of Title 18, United States Code, Section 1952(a)(3)(A).

**COUNT 2**
**Use of Facility in Interstate and Foreign Commerce to Promote**
**an Unlawful Activity and Thereafter Performing a Crime**
**of Violence to Further Said Unlawful Activity – as to H.O.M.**
**(18 U.S.C. § 1952(a)(3)(B))**

From on or about January 9, 2012, and continuing through on or about July 12, 2012, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendant,

**MIGUEL ARCANGEL HERNANDEZ,**
a/k/a "Mike,"
a/k/a "Mickey,"
a/k/a "Manu,"
a/k/a "Manuel Cifuentes,"

did knowingly use any facility in interstate and foreign commerce, with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of an unlawful activity, that is, a business enterprise involved in prostitution offenses in violation of Florida Statute 796.07, and thereafter performed and attempted to perform a crime

2

of violence to further the unlawful activity, in violation of Title 18, United States Code, Sections 1952(a)(3)(B) and 2.

## COUNT 3
### Use of Facility in Interstate and Foreign Commerce to Promote an Unlawful Activity and Thereafter Performing an Act to Promote Said Unlawful Activity – as to H.O.M.
### (18 U.S.C. § 1952(a)(3)(A))

From on or about January 9, 2012, and continuing through on or about July 12, 2012, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendant,

**MIGUEL ARCANGEL HERNANDEZ,**
a/k/a "Mike,"
a/k/a "Mickey,"
a/k/a "Manu,"
a/k/a "Manuel Cifuentes,"

did knowingly use any facility in interstate and foreign commerce, with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of an unlawful activity, that is, a business enterprise involved in prostitution offenses in violation of Florida Statute 796.07, and thereafter performed and attempted to perform an act that did promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of the unlawful activity, in violation of Title 18, United States Code, Sections 1952(a)(3)(A) and 2.

## COUNT 4
### Importation of an Alien for Prostitution – as to H.O.M.
### (8 U.S.C. § 1328)

On or about May 29, 2012, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

3

**MIGUEL ARCANGEL HERNANDEZ,**
a/k/a "Mike,"
a/k/a "Mickey,"
a/k/a "Manu,"
a/k/a "Manuel Cifuentes,"

did directly and indirectly import into the United States an alien, that is, "H.O.M.," for the purpose of prostitution, and for any other immoral purpose, in violation of Title 8, United States Code, Section 1328, and Title 18, United States Code, Section 2.

**COUNT 5**
**Promotional Money Laundering – as to H.O.M.**
**(18 U.S.C. § 1956(a)(1)(A)(i))**

On or about the date specified below, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**MIGUEL ARCANGEL HERNANDEZ,**
a/k/a "Mike,"
a/k/a "Mickey,"
a/k/a "Manu,"
a/k/a "Manuel Cifuentes,"

did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, involving the proceeds of specified unlawful activity with the intent to promote the carrying on of specified unlawful activity, as described below:

| Approx. Date | Financial Transaction |
|---|---|
| May 28, 2012 | An American Airlines purchase in the amount of approximately $1,246.80 on the American Express card of Y.R.G. ending 4000 |

It is further alleged that pursuant to Title 18, United States Code, Sections 1956(c)(7)(A) and 1961(1), the specified unlawful activity is the knowing use of any facility in interstate and foreign commerce, with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of an unlawful activity, that is, a business enterprise involved in prostitution offenses in violation of Florida Statute 796.07, and thereafter

4

performing and attempting to perform an act that did promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of the unlawful activity, in violation of Title 18, United States Code, Section 1952(a)(3)(A), punishable under the laws of the United States.

In violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2.

## COUNTS 6-7
### International Money Laundering – as to H.O.M.
### (18 U.S.C. § 1956(a)(2)(A))

On or about the dates specified as to each count below, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendant,

**MIGUEL ARCANGEL HERNANDEZ,**
a/k/a "Mike,"
a/k/a "Mickey,"
a/k/a "Manu,"
a/k/a "Manuel Cifuentes,"

did knowingly transport, transmit, and transfer a monetary instrument and money from a place in the United States to a place outside the United States, that is, Spain, with the intent to promote the carrying on of specified unlawful activity, as described below:

| Count | Approx. Date | Financial Transaction |
|---|---|---|
| 6 | March 27, 2012 | A Western Union transfer in the amount of approximately $340 to H.O.M. |
| 7 | April 5, 2012 | A Western Union transfer in the amount of approximately $272 to H.O.M. |

It is further alleged that pursuant to Title 18, United States Code, Sections 1956(c)(7)(A) and 1961(1), the specified unlawful activity is the knowing use of any facility in interstate and foreign commerce, with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of an unlawful activity, that is, a business

enterprise involved in prostitution offenses in violation of Florida Statute 796.07, and thereafter performing and attempting to perform an act that did promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of the unlawful activity, in violation of Title 18, United States Code, Section 1952(a)(3)(A), and the importation into the United States of an alien for the purpose of prostitution, and for any other immoral purpose, in violation of Title 8, United States Code, Section 1328, all punishable under the laws of the United States.

In violation of Title 18, United States Code, Section 1956(a)(2)(A).

## COUNT 8
### Use of Facility in Interstate and Foreign Commerce to Promote an Unlawful Activity and Thereafter Performing a Crime of Violence to Further Said Unlawful Activity – as to S.I.G.
### (18 U.S.C. § 1952(a)(3)(B))

From on or about February 7, 2012, and continuing through on or about June 20, 2012, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendant,

**MIGUEL ARCANGEL HERNANDEZ,**
a/k/a "Mike,"
a/k/a "Mickey,"
a/k/a "Manu,"
a/k/a "Manuel Cifuentes,"

did knowingly use any facility in interstate and foreign commerce, with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of an unlawful activity, that is, a business enterprise involved in prostitution offenses in violation of Florida Statute 796.07, and thereafter performed and attempted to perform a crime of violence to further the unlawful activity, in violation of Title 18, United States Code, Sections 1952(a)(3)(B) and 2.

6

## COUNT 9
### Use of Facility in Interstate and Foreign Commerce to Promote an Unlawful Activity and Thereafter Performing an Act to Promote Said Unlawful Activity – as to S.I.G.
### (18 U.S.C. § 1952(a)(3)(A))

From on or about February 7, 2012, and continuing through on or about June 20, 2012, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendant,

**MIGUEL ARCANGEL HERNANDEZ,**
a/k/a "Mike,"
a/k/a "Mickey,"
a/k/a "Manu,"
a/k/a "Manuel Cifuentes,"

did knowingly use any facility in interstate and foreign commerce, with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of an unlawful activity, that is, a business enterprise involved in prostitution offenses in violation of Florida Statute 796.07, and thereafter performed and attempted to perform an act that did promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of the unlawful activity, in violation of Title 18, United States Code, Sections 1952(a)(3)(A) and 2.

## COUNT 10
### Importation of an Alien for Prostitution – as to S.I.G.
### (8 U.S.C. § 1328)

On or about May 14, 2012, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**MIGUEL ARCANGEL HERNANDEZ,**
a/k/a "Mike,"
a/k/a "Mickey,"
a/k/a "Manu,"
a/k/a "Manuel Cifuentes,"

7

did directly and indirectly import into the United States an alien, that is, "S.I.G.," for the purpose of prostitution, and for any other immoral purpose, in violation of Title 8, United States Code, Section 1328, and Title 18, United States Code, Section 2.

### COUNT 11
### Use of Facility in Interstate and Foreign Commerce to Promote an Unlawful Activity and Thereafter Performing an Act to Promote Said Unlawful Activity – as to Minor A
### (18 U.S.C. § 1952(a)(3)(A))

From on or about May 8, 2012, and continuing through in or around December 2012, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendant,

**MIGUEL ARCANGEL HERNANDEZ,**
a/k/a "Mike,"
a/k/a "Mickey,"
a/k/a "Manu,"
a/k/a "Manuel Cifuentes,"

did knowingly use any facility in interstate and foreign commerce, with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of an unlawful activity, that is, a business enterprise involved in prostitution offenses in violation of Florida Statute 796.07, and thereafter performed and attempted to perform an act that did promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of the unlawful activity, in violation of Title 18, United States Code, Sections 1952(a)(3)(A) and 2.

### COUNT 12
### Importation of an Alien for Prostitution – as to E.S.V.
### (8 U.S.C. § 1328)

On or about July 20, 2012, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**MIGUEL ARCANGEL HERNANDEZ,**
a/k/a "Mike,"
a/k/a "Mickey,"
a/k/a "Manu,"
a/k/a "Manuel Cifuentes,"

did directly and indirectly import into the United States an alien, that is, "E.S.V.," for the purpose of prostitution, and for any other immoral purpose, in violation of Title 8, United States Code, Section 1328, and Title 18, United States Code, Section 2.

## COUNT 13
**Promotional Money Laundering – as to E.S.V.**
(18 U.S.C. § 1956(a)(1)(A)(i))

On or about the date specified below, in the Southern District of Florida, and elsewhere, the defendant,

**MIGUEL ARCANGEL HERNANDEZ,**
a/k/a "Mike,"
a/k/a "Mickey,"
a/k/a "Manu,"
a/k/a "Manuel Cifuentes,"

did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, involving the proceeds of specified unlawful activity with the intent to promote the carrying on of specified unlawful activity, as described below:

| Approx. Date | Financial Transaction |
|---|---|
| July 18, 2012 | An American Airlines purchase in the amount of approximately $1,630.90 on the American Express card of Y.R.G ending 4000 |

It is further alleged that pursuant to Title 18, United States Code, Sections 1956(c)(7)(A) and 1961(1), the specified unlawful activity is the knowing use of any facility in interstate and foreign commerce, with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of an unlawful activity, that is, a business enterprise involved in prostitution offenses in violation of Florida Statute 796.07, and thereafter

9

performing and attempting to perform an act that did promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of the unlawful activity, in violation of Title 18, United States Code, Section 1952(a)(3)(A), punishable under the laws of the United States.

In violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2.

## COUNT 14
### Attempt to Import of an Alien for Prostitution – as to E.S.V.
### (8 U.S.C. § 1328)

On or about August 14, 2012, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**MIGUEL ARCANGEL HERNANDEZ,**
a/k/a "Mike,"
a/k/a "Mickey,"
a/k/a "Manu,"
a/k/a "Manuel Cifuentes,"

did attempt to import into the United States an alien, that is, "E.S.V.," for the purpose of prostitution, and for any other immoral purpose, in violation of Title 8, United States Code, Section 1328.

## COUNT 15
### Attempt to Import of an Alien for Prostitution – as to A.M.G.
### (8 U.S.C. § 1328)

On or about December 11, 2012, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**MIGUEL ARCANGEL HERNANDEZ,**
a/k/a "Mike,"
a/k/a "Mickey,"
a/k/a "Manu,"
a/k/a "Manuel Cifuentes,"

did attempt to import into the United States an alien, that is, "A.M.G.," for the purpose of prostitution, and for any other immoral purpose, in violation of Title 8, United States Code,

Section 1328, and Title 18, United States Code, Section 2.

## COUNT 16
**Use of Facility in Interstate and Foreign Commerce to Promote an Unlawful Activity and Thereafter Performing an Act to Promote Said Unlawful Activity – as to F.R.R.**
**(18 U.S.C. § 1952(a)(3)(A))**

From on or about February 1, 2013, and continuing through in or around April 2013, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendant,

**MIGUEL ARCANGEL HERNANDEZ,**
a/k/a "Mike,"
a/k/a "Mickey,"
a/k/a "Manu,"
a/k/a "Manuel Cifuentes,"

did knowingly use any facility in interstate and foreign commerce, with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of an unlawful activity, that is, a business enterprise involved in prostitution offenses in violation of Florida Statute 796.07, and thereafter performed and attempted to perform an act that did promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of the unlawful activity, in violation of Title 18, United States Code, Section 1952(a)(3)(A).

## COUNT 17
**Use of Facility in Interstate and Foreign Commerce to Promote an Unlawful Activity and Thereafter Performing an Act to Promote Said Unlawful Activity – as to M.A. de S.**
**(18 U.S.C. § 1952(a)(3)(A))**

From on or about February 3, 2014, and continuing through on or about May 17, 2014, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendant,

11

**MIGUEL ARCANGEL HERNANDEZ,**
a/k/a "Mike,"
a/k/a "Mickey,"
a/k/a "Manu,"
a/k/a "Manuel Cifuentes,"

did knowingly use any facility in interstate and foreign commerce, with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of an unlawful activity, that is, a business enterprise involved in prostitution offenses in violation of Florida Statute 796.07, and thereafter performed and attempted to perform an act that did promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of the unlawful activity, in violation of Title 18, United States Code, Section 1952(a)(3)(A).

### COUNT 18
### Use of Facility in Interstate and Foreign Commerce to Promote an Unlawful Activity and Thereafter Performing an Act to Promote Said Unlawful Activity – as to M.A. de S.
### (18 U.S.C. § 1952(a)(3)(A))

From on or about August 13, 2014, and continuing through on or about December 20, 2014, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants,

**MIGUEL ARCANGEL HERNANDEZ,**
a/k/a "Mike,"
a/k/a "Mickey,"
a/k/a "Manu,"
a/k/a "Manuel Cifuentes,"
and
**EDUARDO JOSE HERNANDEZ,**
a/k/a "Roberto,"
a/k/a "Robert,"

did knowingly use any facility in interstate and foreign commerce, with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of an unlawful activity, that is, a business enterprise involved in prostitution offenses

12

in violation of Florida Statute 796.07, and thereafter performed and attempted to perform an act that did promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of the unlawful activity, in violation of Title 18, United States Code, Sections 1952(a)(3)(A) and 2.

## CRIMINAL FORFEITURE ALLEGATIONS

1. The allegations in this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which one or more of the defendants, **MIGUEL ARCANGEL HERNANDEZ, a/k/a "Mike," a/k/a "Mickey," a/k/a "Manu," a/k/a "Manuel Cifuentes,"** and **EDUARDO JOSE HERNANDEZ, a/k/a "Roberto," a/k/a "Robert,"** have an interest.

2. Upon conviction of any of the violations of Title 18, United States Code, Section 1952, and/or any of the violations of Title 8, United States Code, Section 1328, as alleged in this Indictment, the defendants, **MIGUEL ARCANGEL HERNANDEZ, a/k/a "Mike," a/k/a "Mickey," a/k/a "Manu," a/k/a "Manuel Cifuentes,"** and **EDUARDO JOSE HERNANDEZ, a/k/a "Roberto," a/k/a "Robert,"** shall forfeit to the United States, all property, real or personal, which constitutes or is derived from proceeds traceable to such offense or a conspiracy to commit such offense.

3. Upon conviction of any of the violations of Title 18, United States Code, Section 1956 as alleged in this Indictment, the defendant, **MIGUEL ARCANGEL HERNANDEZ, a/k/a "Mike," a/k/a "Mickey," a/k/a "Manu," a/k/a "Manuel Cifuentes,"** shall forfeit to the United States, all property, real or personal, involved in such offense or any property traceable to such property.

13

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 18, United States Code, Section 982(a)(1) and the procedures set forth in Title 21, United States Code, Section 853, made applicable by Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 982(b).

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
OLIVIA S. CHOE
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _____

vs.

**CERTIFICATE OF TRIAL ATTORNEY\***

MIGUEL ARCANGEL HERNANDEZ,
and
EDUARDO JOSE HERNANDEZ,

_____ Defendants. /

**Superseding Case Information:**

**Court Division**: (Select One)

- X  Miami     ___ Key West
- ___ FTL      ___ WPB     ___ FTP

New Defendant(s)           Yes ___ No ___
Number of New Defendants   ___
Total number of counts     ___

I do hereby certify that:

1. I have carefully considered the allegations of the information, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)    No
   List language and/or dialect

4. This case will take  6-8  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   I    0 to 5 days     ___
   II   6 to 10 days    _X_                      Petty    ___
   III  11 to 20 days   ___                      Minor    ___
   IV   21 to 60 days   ___                      Misdem   ___
   V    61 days and over ___                     Felony   _X_

6. Has this case been previously filed in this District Court? (Yes or No)  No
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? ___ No ___
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes  _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes  _X_ No

OLIVIA S. CHOE
ASSISTANT UNITED STATES ATTORNEY
COURT ID NO. A5501503

\*Penalty Sheet(s) attached

REV.9/11/07

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: MIGUEL ARCANGEL HERNANDEZ, a/k/a "Mike," a/k/a "Mickey," a/k/a "Manu," a/k/a "Manuel Cifuentes"

**Case No**: _____

Counts 1, 3, 9, 11, 16-18:

Use of a Facility of Interstate Commerce to Promote an Unlawful Activity and Thereafter Promoting an Unlawful Activity

Title 18, United States Code, Section 1952(a)(3)(A)

**\*Max. Penalty:** 5 years' imprisonment

Counts 2, 8:

Use of a Facility of Interstate Commerce to Promote an Unlawful Activity and Thereafter Performing a Crime of Violence to Further the Unlawful Activity

Title 18, United States Code, Section 1952(a)(3)(B)

**\*Max. Penalty:** 20 years' imprisonment

Counts 4, 10, 12, 14-15:

Importation or Attempted Importation of an Alien for Prostitution

Title 8, United States Code, Section 1328

**\*Max. Penalty:** 10 years' imprisonment

Counts 5-7, 13:

Money Laundering

Title 18, United States Code, Section 1956(a)(1)(A)(i) and (a)(2)(A)

**\*Max. Penalty:** 20 years' imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** EDUARDO JOSE HERNANDEZ, a/k/a "Roberto," a/k/a "Robert"

**Case No:** _____

Count 18:

Use of a Facility of Interstate Commerce to Promote an Unlawful Activity and Thereafter Promoting an Unlawful Activity

Title 18, United States Code, Section 1952(a)(3)(A)

**\*Max. Penalty:** 5 years' imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable